HOWARD ET AL., APPELLANTS, *v.* DODSON ET AL., APPELLANTS;
MIDWESTERN INDEMNITY COMPANY, APPELLEE.

[Cite as *Howard v. Dodson* (1996), 76 Ohio St.3d 17.]

(No. 96–160—Submitted May 21, 1996—Decided July 3, 1996.)

*Tsitouris & Gerrity* and *Timothy D. Gerrity,* for appellants Barbara L. Howard, Daniel Howard, Nancy E. Ives and Ronald Ives.

*Lane, Alton & Horst* and *William Scott Lavelle,* for appellants Garry W. Dodson and HBL Automotive, Inc., d.b.a. Lindsay Acura.

*Isaac, Brant, Ledman & Teetor, Donald L. Anspaugh* and *Joanne S. Peters,* for appellee.

The discretionary appeal is allowed. The judgment of the court of appeals is reversed on the authority of *Girgis v. State Farm Mut. Auto. Ins. Co.* (1996), 75

18

Ohio St.3d 302, 662 N.E.2d 280, and the cause is remanded to the trial court for further proceedings.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.